290

**Chester A. CRUM v. UNITED STATES DISTRICT COURT FOR DISTRICT OF KANSAS.**

No. 3128.

Circuit Court of Appeals, Tenth Circuit.

Feb. 27, 1945.

No appearance for either party.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Leave to file petition for writ denied.

**Brigham David DARGER v. UNITED STATES of America.**

No. 3090.

Circuit Court of Appeals, Tenth Circuit.

Feb. 27, 1945.

Writ of Certiorari Granted March 12, 1945.

See 65 S.Ct. 859.

J. H. McKnight and Knox Patterson, both of Salt Lake City, Utah, for appellant.

Dan B. Shields, U. S. Atty., and John S. Boyden, Asst. U. S. Atty., both of Salt Lake City, Utah, for appellee.

Before PHILLIPS, Circuit Judge, and SYMES, District Judge.

PER CURIAM.

Appeal dismissed on motion of appellant.

**Kyle DAVENPORT, Appellant, v. UNITED STATES of America, Appellee.**

No. 9830.

Circuit Court of Appeals, Sixth Circuit.

Feb. 17, 1945.

Writ of Certiorari Denied April 23, 1945.

See 65 S.Ct. 1027.

H. H. Chitwood and R. C. Boyce, both of Nashville, Tenn., for appellant.

Horace Frierson, Jr., U. S. Atty., of Nashville, Tenn., for appellee.

Before HICKS, SIMONS, and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and no reversible error appearing from the record, it is ordered and adjudged that the judgment of the District Court entered June 16, 1944, from which the appeal was taken, be and the same is in all things affirmed.